

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

September 05, 2008

Mr. John Steven Mostyn
The Mostyn Law Firm
200 Westcott
Houston, TX 77007

Ms. April F. Robbins
Brackett & Ellis
100 Main Street
Fort Worth, TX 76102

Mr. Clint W. Lewis
Lewis & Associates
4180 Delaware  Suite 402
Beaumont TX 77706

RE:     Case Numbers:  08-0142, 08-0208, & 08-0427

Style:  IN RE  DELTA LLOYDS INSURANCE COMPANY OF HOUSTON, TEXAS
        IN RE  HURRICANE RITA HOMEOWNERS' CLAIMS
        IN RE  SOUTHEAST SURPLUS UNDERWRITERS GENERAL AGENCY, INC.

Dear Counsel:

        Today the Multidistrict Litigation Panel delivered the enclosed opinions in the above-referenced cause.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

Enclosures
cc:   Ms. Marialyn Price Barnard